ABEL T. ATHERTON *vs.* W. H. GOLDSMITH.

PROVIDENCE—FEBRUARY 1, 1901.

PRESENT : Stiness, C. J., Tillinghast and Douglas, JJ.

(1) *Assumpsit. Account. Partnership.*

A. and B. agreed to share the gains and losses of a particular adventure. A. furnished a certain sum of money and loaned B. an equal amount to enable him to furnish his share of the capital :—

*Held,* that assumpsit would lie in favor of A. to recover the money loaned.

ASSUMPSIT. The facts appear in the opinion. Heard on petition of plaintiff for a new trial, and new trial granted.

PER CURIAM. The nonsuit in this case was erroneously granted.

In *Dowling* v. *Clarke*, 13 R. I. 134, the claim was for an unascertained balance claimed to be due on a partnership account, and for this it was held that assumpsit would not lie.

(1)    In *Fry* v. *Potter*, 12 R. I. 542, however, a case like the present one, it was held that assumpsit would lie, because, there being no general copartnership, but only an agreement to share the gains and losses of a particular adventure, and

nothing outstanding to be adjusted, the transaction was closed and the losses ascertained.

This case is even stronger, from the plaintiff's testimony that the money sued for was a loan to the defendant to enable him to the speculation of purchasing options on land.

Petition for new trial granted.

*Jacob W. Mathewson and George T. Brown,* for plaintiff.
*Edward D. Bassett,* for defendant.